| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) 4:11CR51-001 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Northern District of Florida | DIVISION Tallahassee |
|---|---|---|
| Riquelme Avila Padron | NAME OF SENTENCING JUDGE Honorable Robert L. Hinkle | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM December 27, 2013 | TO December 26, 2016 |

OFFENSE
Count 1: Trafficking in Unauthorized Access Devices

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____Florida____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of Florida__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

2/19/14
Date

*/s/ Robert L. Hinkle*
United States District Judge

---

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Southern____ DISTRICT OF ____Florida____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/22/14
Effective Date

*/s/ Joan A. Lenard*
United States District Judge

Filed 05/12/14 USDC FLSD FTM 4PM 0355

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PROBATION OFFICE

**Reginald D. Michael**
Chief U.S. Probation Officer
Wilkie D. Ferguson, Jr. U. S. Courthouse
400 North Miami Avenue
Ninth Floor South
Miami, FL  33128

RECEIVED
U.S. PROBATION OFFICE
TALLAHASSEE, FL

14 MAY -2  PM 3: 16

REPLY TO:
Wilkie D. Ferguson, Jr. U. S. Courthouse
400 North Miami Avenue
Ninth Floor North
Miami, FL  33128
(305) 523-5400

April 25, 2014

Anthony Castellano, Chief
United States Probation Officer
United States Probation Office
United States Courthouse Annex
111 North Adams St., Room # 100
Tallahassee FL 32301

RE:  AVILA-PADRON, Riquelme
DOCKET NO.: 11CR00051-HINKLE
SD/FL PACTS NO.: 109861
<u>**TRANSFER OF JURISDICTION**</u>

Dear Chief Castellano:

Enclosed please find an *original* Probation Form 22, Transfer of Jurisdiction, signed in Part One on February 19, 2014, by The Honorable Robert L. Hinkle, United States District Judge for the Northern District of Florida, Tallahassee Division, and signed in Part Two on April 22, 2014, by The Honorable Joan A. Lenard, United States District Judge for the Southern District of Florida, Miami Division.

Please file the *original* Probation Form 22, with the Clerk of your Court, instructing them to forward their complete file to the Clerk of our Court.

If you should have any questions and/or require further assistance, please do not hesitate to contact us.

Sincerely,

*Denise L. Cuevas*   Denise L. Cuevas
                     Apr 25 2014 10:36 AM
Amanda Peters
United States Probation Officer
(305) 523-5307

Rec'd 05 12 14 UsDcFln4PM0355

AP/dlc
Enclosure(s) as noted